IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>KARI HENSLEY,<br><br>              Defendant. | 8:20CR39<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 57) the Petition for Action on Conditions of Pretrial Release (Filing No. 55). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted, and the Petition for Action on Conditions of Pretrial Release is dismissed.

Dated this 17th day of November, 2020.

BY THE COURT:

MICHAEL D. NELSON
United States Magistrate Judge