IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-39 |
| vs. | ORDER |
| KARI HENSLEY, | |
| Defendant. | |

This matter is before the Court on the United States of America's Motion to Dismiss. Filing 65. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment without prejudice against Defendant, Kari Hensley.

IT IS ORDERED:

The United States of America's Motion to Dismiss (Filing 65) is granted, and this action is dismissed, without prejudice against Defendant, Kari Hensley.

Dated this 11th day of May, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge